# CASES

# SUPREME COURT

OF THE

## STATE OF NEW YORK,

IN OCTOBER TERM, 1823, IN THE FORTY-EIGHTH YEAR OF OUR
INDEPENDENCE.

---

## *Ex parte* FARRINGTON.

THE facts of this case appear, sufficiently in the opinion of the Court which was delivered by,

SAVAGE, Ch. Justice. This is an application for a rule, that the supervisors of Delaware county, show cause, why a mandamus should not issue, commanding them to audit and allow an account, presented by Farrington, for services as a constable. The presiding supervisor, states, that the board were willing to allow it, reducing the charge for serving subpœnas. This charge was 19 cents for serving each subpœna, in behalf of the people, besides mileage. The board thought the charge too high ; and they were correct. The statute, (2 R. L. 27,) gives 19 cents for serving a warrant, and 12½ cents for serving a summons ; but a subpœna is not mentioned. By the 25 dollar act, (1 R. L. 399, s. 26,) 12½ cents are allowed to the constable, or other person, making the service. In criminal cases, also, a subpœna may

*Amount of the allowance to constable or other person, for serving subpœnas, in criminal cases, is a matter of discretion, in the board of supervisors, with which this court will not interfere.*

*They may be served by any person as in civil causes.*

*It seems that 19 cents for service, besides mileage, would be too high.*

ALBANY,
October, 1823.

be served by any person, but no specific compensation is fix ed by law. It is, therefore a mattter resting in the discretion of the supervisors. It does not appear what they were willing to give, but they would have audited the whole account at $4 69. They have not refused to act; and the amount being a matter of discretion, it is a subject over which the Court has no control.

Motion denied.

N. B. Another account which had been presented to the board was also in question, upon this motion; but it is not deemed material to notice it.